IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:02cr190(JCC) |
| | ) | |
| HECTOR McGURK, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon review of the record, it is hereby ORDERED that:

1) Defendant's *pro se* Motion For a New Trial is DENIED; and

2) The Clerk of the Court shall forward copies of this Order to all counsel of record and to the Defendant.

April 29th, 2005
Alexandria, Virginia

UNITED STATES DISTRICT COURT JUDGE