FILED
CHARLOTTE, N. C.

AUG 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:02CR190-CC-A |
| | ) |
| HECTOR RUBEN MCGURK | ) |
| | ) |
| Defendant | ) |

## O R D E R

This matter comes before the court on the Defendant's Motion to Withdraw Counsel of Record and For Status of Counsel Hearing, and it is accordingly ORDERED:

(1) that the government shall file its response to the Defendant's Motion within twenty days of the date of this order.

(2) that the Clerk shall forward copies of this Order to all counsel of record.

_____
United States District Judge

Alexandria, Virginia
July 20, 2005

DOCUMENT SCANNED