FILED
CHARLOTTE, N. C.
MAR 6 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:02CR190 |
| | ) |
| HECTOR RUBEN MCGURK | ) |
| | ) |
| Defendant | ) |

### O R D E R

It appearing to the court that the presentence report in this matter has been completed, upon consideration whereof it is accordingly ORDERED:

(1) that the parties shall file their objections, if any, to the presentence report on or before March 24, 2006. Any replies or responses to said objections shall be filed by April 4, 2006. The matter is scheduled for sentencing on Monday, May 15, 2006 at 10 a.m. If the defendant intends to contest the issue of forfeiture, he shall so notify the court on or before March 24, 2006.

(2) that the Clerk shall forward copies of this Order to all counsel of record.

_____
United States District Judge

Alexandria, Virginia
March 3, 2006