UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CR-190-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR RUBIN MCGURK, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**THIS MATTER** comes before the Court on its own motion. After consulting with the Clerk of Court, it appears that Defendant's Motion for Extension of Time to File Objections to Presentence Report and for Continuance, granted by this Court on March 23, 2006, should have been referred to Judge Cacheris rather than appearing before the undersigned. Thus, the order granting that motion is VACATED, and the motion is referred to Judge Cacheris for determination.

**IT IS SO ORDERED.**

Signed: March 24, 2006

Graham C. Mullen
United States District Judge