IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:02CR190 |
| | ) |
| HECTOR RUBEN MCGURK | ) |
| | ) |
| Defendant | ) |

O R D E R

This matter comes upon the motion of the defendant by counsel for a continuance of the sentencing date, presently scheduled for May 15, 2006, and it appearing to the court, after a review of the record, that the motion should be granted, it is accordingly ORDERED that

(1) the sentencing is removed from the docket on May 15, 2006. A new date in the fall of 2006 will be selected by the court at a later time.

(2) that the Clerk shall forward copies of this Order to all counsel of record.

/s/ _____
United States District Judge

Alexandria, Virginia
April 7, 2006