**RECEIVED**
CHARLOTTE, N.C.
JUL 27 2006
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 3:02CR190 |
| | ) |
| HECTOR RUBEN MCGURK | ) |
| | ) |
| Defendant | ) |

O R D E R

It appearing to the court that the presentence report in this matter has been completed, upon consideration whereof it is accordingly ORDERED:

(1) that the parties shall file their objections, if any, to the presentence report on or before October 2, 2006. Any replies or responses to said objections shall be filed by October 9, 2006. The matter is scheduled for sentencing on Monday, October 23, 2006 at 10 a.m. If the defendant intends to contest the issue of forfeiture, he shall so notify the court on or before October 2, 2006.

(2) that the Clerk shall forward copies of this Order to all counsel of record.

_____
United States District Judge

Alexandria, Virginia
July 25, 2006