RECEIVED
CHARLOTTE, N.C.
OCT 31 2006
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL NO. 3:02CR190 |
| HECTOR RUBEN MCGURK | ) |
| Defendant | ) |

## O R D E R

For reasons stated in open court it is accordingly

ORDERED:

(1) this case is continued to December 11, 2006 at 9:30 for sentencing hearing. All objections to the presentence report shall be filed on or before November 30, 2006 and any replies shall be filed before December 7, 2006.

(2) that the Clerk shall forward copies of this Order to all counsel of record.

_____
United States District Judge

Alexandria, Virginia
October 25, 2006