IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) 3:02cr190 (JCC) |
| HECTOR MCGURK, | ) |
| Defendant. | ) |

## O R D E R

This matter having come before the Court for Defendant's sentencing, and upon Defendant's request for further opportunity to consult with Defense counsel, it is hereby ORDERED that:

(1) Defendant's sentencing is CONTINUED until March 5, 2007 at 10:00 AM;

(2) Defense counsel SHALL meet with Defendant within thirty (30) days to thoroughly discuss Defendant's 210 pages of notes per his letter to the Court of December 6, 2006, or otherwise face sanctions by the Court;

(3) Defendant's objections and proposed witness list generally describing the relevant subject matter of the anticipated testimony shall be submitted by January 11, 2007;

(4) Government's response and proposed witness list generally describing the relevant subject matter of the anticipated testimony shall be submitted by February 9, 2007;

(5) the Clerk of the Court shall forward copies of this Order to all counsel of record.

December 12th, 2006
Alexandria, Virginia

_____
UNITED STATES DISTRICT COURT JUDGE