IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | 3:02cr190 (JCC) |
| ) | |
| HECTOR MCGURK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court for Defendant's sentencing, for the reasons stated in open Court, it is hereby ORDERED that:

(1) Defendant's motion to dismiss for improper venue is DENIED;

(2) Defendant's motion for a new trial is DENIED;

(3) Defendant's motion for a judgment of acquittal is DENIED; and

(4) the Clerk of the Court shall forward copies of this Order to all counsel of record.

March 6, 2007
Alexandria, Virginia

_____
UNITED STATES DISTRICT COURT JUDGE