IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:02CR190 |
| | ) | |
| | ) | |
| | ) | |
| HECTOR RUBEN MCGURK | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the defendants Motions for Payment of Witness' Fees, and after review of the record it is accordingly ORDERED

That the Motions for Payment of Witness' Fees are GRANTED in the amount of $926.01 to Barbara Bills pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure.

That the Clerk shall forward copies of this Order to all counsel of record.

/s/ James C. Cacheris
James C. Cacheris
United States District Judge*

Alexandria, Virginia
January 14, 2008

*Sitting by designation from the Eastern District of Virginia