# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:02CR190**

V.

ORDER

**HECTOR RUBEN MCGURK**

---

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 228 ) Motion to File Exhibit Under Seal.

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.228) is **GRANTED.**

Signed: October 5, 2021

Frank D. Whitney
United States District Judge