# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 3:3:02CR 190** |
| V. | **ORDER** <br> (Financial Litigation Unit) |
| **HECTOR RUBEN MCGURK,** <br> Defendant | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's pro se Motion for Order to Seize Prisoner Trust Account (Doc. N. 230) and the Government's Response (Doc. No. 232) and Notice (Doc No. 235). According to the Government's Response and Notice, the Defendant and the Government resolved the issue raised in Defendant's Motion by Defendant's voluntary payment of $750.00 toward his fine. The Government represents that Defendant no longer seeks turnover of his account.

IT IS THEREFORE, ORDERED that the Defendant's Motion for Order to Seize Prisoner Trust Account (Doc. No 230 is DENIED.

SO ORDERED.

Signed: October 29, 2021

Frank D. Whitney
United States District Judge